No. 00–5664.   IN RE BONNER.   Sup. Ct. Cal.   Certiorari denied.

No. 00–5665.   NONAHAL *v.* MARQUETTE UNIVERSITY ET AL. C. A. 7th Cir.   Certiorari denied.

No. 00–5670.   STRAUGHTER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 00–5671.   SAKARIAS *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 00–5674.   WASH *v.* ROUT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 00–5675.   McCORMICK, AKA WRIGHT *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 00–5678.   WALSH *v.* GLASS, SHERIFF, LEVY COUNTY, FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 00–5680.   ESTRADA *v.* ROWLAND ET AL.   C. A. 9th Cir. Certiorari denied.

No. 00–5681.   BEY *v.* KEATING, GOVERNOR OF OKLAHOMA, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–5684.   HOOD *v.* FLORIDA.   Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 00–5687.   THOMAS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 00–5688.   ORTIZ CAMERON *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.   C. A. 1st Cir.   Certiorari denied.

No. 00–5689.   HYNARD *v.* CITY OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 00–5692.   FIELDS *v.* MACOMB COUNTY ET AL.   C. A. 6th Cir.   Certiorari denied.